## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                        Plaintiff,                                    **8:21CR267**

            vs.

RYAN ARRANTS,                                                        **ORDER**

                        Defendant.

This matter is before the court on Defendant's UNOPPOSED MOTION TO FILE PRE-TRIAL MOTIONS OUT OF TIME [23].  For good cause shown, I find that the motion should be granted.  Defendant will be given an approximate 30-day extension.  Pretrial Motions shall be filed by December 27, 2021.

**IT IS ORDERED:**

1.      Defendant's UNOPPOSED MOTION TO FILE PRE-TRIAL MOTIONS OUT OF TIME [23] is granted.   Pretrial motions shall be filed on or before December 27, 2021.

2.      The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between November 26, 2021, and December 27, 2021, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 29th day of November, 2021.

                                                BY THE COURT:

                                                s/ Michael D. Nelson
                                                United States Magistrate Judge