# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR267 |
| vs. | |
| RYAN ARRANTS, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion (Filing No. 71) requesting the Clerk of Court provide him with a copy of his plea agreement, docket sheet, and statement of reasons without payment of costs because he is indigent.

On March 15, 2023, the defendant withdrew his plea of not guilty to Counts II and VII of the Superseding Indictment pursuant to a Plea Agreement (Filing No. 59). (Filing Nos. 55-56). On April 12, 2023, the Court accepted the defendant's plea of guilty, and set the matter for sentencing. (Filing No. 63). On June 26, 2023, the Court accepted the Plea Agreement and sentenced Defendant to the Bureau of Prisons for a term of 120 months on count VII and 60 months on count II of the Superseding Indictment to be served consecutively; supervised release for a term of 5 years on count VII and 5 years on count II of the Superseding Indictment to run concurrently; and a special assessment in the amount of $200.00. (Filing No. 65). The Court entered Judgment on June 27, 2023. (Filing No. 66). The defendant did not appeal. See Fed. R. App. P. 4(b)(1)(A) ("In a criminal case, a defendant's notice of appeal must be filed in the district court within 14 days after . . . the entry of either the judgment or the order being appealed").

The defendant requests free copies of the above documents to prosecute a habeas petition. However, other than this motion for copies, the defendant has no motions or cases pending before this court. At this time, the defendant does not have the right to receive copies of documents without payment. See 28 U.S.C. § 753 ("Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal."); 28 U.S.C. § 2250 ("If on any application for a writ of

habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending."). Therefore, the Court is not inclined to order copies of the requested documents at the government's expense. The defendant may pay for the requested copies at the established rate of 50¢ per page. Accordingly,

**IT IS ORDERED** that the defendant's motion (Filing No. 71) requesting copies without payment of costs is denied. The defendant may pay the Clerk of the Court for copies at the established rate of 50¢ per page.

Dated this 19th day of September, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge